*Chester A. Lessler* and *Sol Kamenkowitz* for appellant.

*Jack B. Weinstein, William Rosenfeld* and *J. E. Hollenberg* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SEYMOUR SISKIND, Appellant.

Submitted May 31, 1955; decided July 8, 1955.

*Selig Lenefsky* for appellant.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

LOIS G. McCLELLAN, as Administratrix of the Estate of FRED C. McCLELLAN, SR., Deceased, Respondent, *v.* CITY OF BUFFALO et al., Appellants, et al., Defendants.

Argued April 11, 1955; decided July 8, 1955.

